463 A.2d 25

Commonwealth v. Fields, Appellant.

Submitted
November 4, 1982. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

Judgment of sentence affirmed.